UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARABET TOKHMANIAN, <br><br> Petitioner, <br><br> v. <br><br> MADELINE MUNTZ, Warden, <br><br> Respondent. | Case No. CV-05-6120-CJC (JWJ) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on counsel for Petitioner and Respondent.

DATED: August 14, 2008

CORMAC J. CARNEY
United States District Judge