UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARABET TOKHMANIAN, | Case No. CV-05-6120-CJC (JWJ) |
| Petitioner, | |
| v. | JUDGMENT |
| MADELINE MUNTZ, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED:  August 14, 2008

CORMAC J. CARNEY
United States District Judge